Next matter will be 181620 United States v. Suzanne Brown May it please the Court, my name is Julia Height and I represent Suzanne Brown. I may request permission for three minutes for rebuttal, Your Honor. The indictment in this case alleged that Brown made false statements on the SF-270 forms wherein she stated that she paid the two contractors, Moran and Yow, for their services. Given the false statement charges in this case, the government was obliged to prove these crimes in accordance with a Supreme Court mandate in United States v. Boston, to wit that Brown made literal statements on these forms that she had, in fact, paid the contractors. Clearly, the government failed to meet this burden. The government does not need this attempt. Did the defendant make this argument in the district court? Pardon me? Did the defendant make this argument in the district court? It seems to me, from what I know of this case, and I haven't completed my review of it, that the district court argued below, not that the statements were not literally false, but that she reasonably believed them to be true, that that was her defense. Well, Your Honor, this is also reflected in our ineffective assistance of counsel argument. That's a different case. Okay. But the fact of the matter is, if the argument you're making now is an argument which was not made face up and squarely to the district court, then it obviously affects our standard of review and may well affect the outcome of the argument. Well, Your Honor, regardless of whether you use the plain error of review standard or the lesser standard in this case, I think that the result would be the same. All right. But I gather from that that you are not going to try to convince me that this argument was actually made to the district court? Well, Your Honor, this is the problem in the case, as I said, is inextricably intertwined with the ineffective assistance of counsel. I would only point out that the government, in its brief to this court, seems to answer Your Honor's question here when the court says that defense counsel, in his summation, did raise this particular issue of whether the form state that Brown paid the contractors or did not pay the contractors. Therefore, I would say that the court or the jury was alerted to this issue, that it was raised in the court, however ineffectively it was, in fact, raised. However, I would say that the court, even under the plain error standard, has to follow the Brownston mandate. And it is surprising that the government, in its brief, does not even mention the Brownston case or any other case relating to this specific issue. Now, if this court— Just let me ask you to lay out a spectrum of things that could be going on, just so you can help me get oriented in the case. One possibility is that you're arguing that the form itself literally did not ask whether the contractors had been paid. That is correct. Okay. Another possibility is your argument is it is unclear whether the form asked whether the contractors were paid. If you don't buy our first argument, then, of course, we go to the second argument, which is true. It is confusing. And am I right in saying that at least the second argument was raised below? Yes, Your Honor. Even if the first was not? Yes, Your Honor. Okay. And then the third possibility is the form did ask whether the contractors were paid, but there's a question about her intent in answering that question. No, Your Honor. I would say that there is no possibility that this form, which I have here— One could read the district court as having reached that third question. Well, I don't think the district court really asked that question, and I don't think anybody in the court really understood the underlying issues in this particular case. The third would be that she literally made a false statement, but the question is whether she knew she did. No, I think that there is no—I don't even think in this particular case, which makes it unique, that we get to the question— Wasn't that the district court's understanding? No, I don't think so, and I don't know where that would be the district court's understanding. I think the district court was somewhat confused when the district court did say that Brown was subject to mixed messages underneath this form and the way this case was— Let me ask you one last way. If the form was asking, if we were to conclude that the form clearly asked—and I know you disagree with this, so just bear with me—if the form clearly asked whether the contractors paid, do you agree that there's no way your client can then win, given her answer? Well, Your Honor, if you reach that conclusion on this form, but I do not see how this form could be— Okay, so just so I'm clear, so everything turns on how we construe the form? Well, no, it's not a construction, because it's our position that you cannot base a false statement on an extrapolation of various definitions and terms on a form. Even if the form is crystal clear? No, it is not crystal clear. No, even if a form is crystal clear? If a form is crystal clear and we have a statement that is literal on this form, that Brown did not pay the contractors, that's one story. Okay, so everything turns on whether we agree with you that the form is not clear? Well, no, I don't think I would use the word clear. I would use the words whether the statement is on the form or whether it is not on the form. And once it's on the form, then you determine whether it is willful. And in this case, we think that the government put the cart before the horse. If the form says, ask the question, and then she just checks a box, if checking the box is an affirmative answer to the question, and the question is clearly asking was the question, we treat that as a literal false statement. Yes, the form says that. So everything turns on what the form was asking and whether it was clear in asking the question. Well, Your Honor, again, I would have to say that you can't base a false statement... Maybe it would help me if we just accepted that premise and told me what basis I have for concluding that the form is unclear. Very well, Your Honor. Even if we look at the definitions relating to this particular form, which the government does, the government asserts that the false statement arises from the certification in the 270 form. Brown certified that, quote, outlays were made in accordance with the grant conditions. End of quote. What is the definition of outlays? A lecturer told the jury that this term meant reimbursement, and therefore, Brown was seeking reimbursement. However, if we look on the 270 form, that is not the definition of outlays. Outlays on this specific form is referred to as, in part, in-kind services. Then, where do we get the definition of in-kind services? It can't be on this form. At the bottom of this form, it says that it is prescribed by certain regulations, A-102 and A-110. So we have to now go separately to the federal regulations to see the definition of in-kind services. Hetzel said, and told the jury, that in-kind services meant volunteer services. Now, if we look at the definitions of in-kind services, that's not what it means. It means comparable services by various contracts. Am I right that the circular doesn't actually define in-kind services? It just defines third-party in-kind services? Yes, Your Honor. And so what do we do about that discrepancy that in the form it refers to in-kind services and the circular references only third-party in-kind services? Well, according to the form, if the prescribed regulations take priority, it is prescribed. This is a confusion. The fact that we're even arguing about these, I'm not going to say arguing, but the fact that we're even discussing these type of interpretations shows that this form is so confusing that we cannot extrapolate a false statement from this form. But isn't it true, though, that she submitted an invoice for one person who had not worked at all because they had left her service? Yes. No volunteer work. And the government charged in Counts 4 to 12 that the invoices constituted false statements of payments made. But what the government does, the government ignores our statement that invoices are not proof of payment. They are merely reflective of services rendered in this particular case. But she had left. Pardon me? One had left. I can't hear you. An invoice was submitted after this person supposedly left. No, Your Honor, there is a dispute of facts on this. I mean, I can go into all the facts that Ms. Brown disputed. However, if the government wanted, and the government had the option of choosing to say, okay, these invoices were specifically false because of the fact that the contractors did not consent, this was false because the calculations were not properly set forth, the government did choose to do this. There was no crime setting forth these facts. But the invoices purported to be from the contractors, didn't they? Pardon me? Didn't the invoices purport to be from the contractors? They said that they were formed or it was electronically signed, but it doesn't say that the director of the institute didn't have the authority to submit these invoices. To create an invoice for a third party and submit that invoice? Pardon me? To create an invoice for a third party? I mean, these invoices never came from the people who are designated as the payees, as the persons who allegedly submitted the invoices. They never submitted them at all. These invoices were created by your client. Your Honor, if the government wished to charge Ms. Brown with that particular crime in that particular context, the government chose not to. However, no matter what was said on this invoice or how it was signed, an invoice is just not proof of payment made. And let me just point out very quickly. Excuse me. If I make up an invoice and I submit it to the government for reimbursement, it's a made-up invoice, the person who allegedly sent it knows nothing about it, and I submit it to the government for reimbursement, that's not a false statement to the government that I'm responsible for? Legally responsible? No. The key question there, number one, is reimbursement. This wasn't a request for reimbursement. It was a request for advance. But it was offered as proof that reimbursement was in order. No, Your Honor. I think that the invoice does not say specifically that she made payments. And you can't ignore the fact that an invoice is not proof of a payment. And that's what has to be proved. Am I right? One way of answering Judge Salyer's question is, yes, that is a false statement. It's not the false statement she was convicted of making. That's exactly right, too. But I'm not conceding that it's a false statement. But you could and still would. Yes. Thank you. Good morning. May I please have the court's second hearing for the United States. The form asks, the certification is, were all outweighs made in accordance with the grant conditions or other agreements? So question one is, what were the grant conditions? Question one is, what is an outweigh? An outweigh can be cash disbursement or in-kind services. That's her whole argument. It has to be in accordance with the grant conditions because the SF-270 is a general government form. If she knows that the grant conditions are, I have to make a cash disbursement to get the money back, and to kind of outweigh, I'm declaring it has to be cash disbursement because that's the grant condition. That's what she's signing up to. She goes through with the... But an in-kind service is something for which you have not paid. It's just something you received. That's her argument under the circular. Right. And she... So if that's right, how do you put that... Maybe she's wrong, but if that's right, how do you put that together with grant conditions to transform in-kind services to something that you had to have paid for? Because this form says that the outweighs you are making must be in accord with what the grant requires. She went through a process to say the only kind of thing that the government is going to reimburse are cash disbursements. Expenditures. That's what the grant says. Is the argument that outweighs can't in context have meant in-kind services? Of course, because, yes, that is my position. Because she's right about what in-kind services means, there's no way to read this to have included in-kind services when she made the certification, given what the grant conditions were. Correct. Because the discussion I briefed about the ARBE grant is to show that what the grant conditions were was the entity would make an expenditure, that's the words of the grant, and then seek reimbursement. But I thought expenditure is the global term that includes outweighs as a subset. Is that wrong? That is wrong. Outweighs can mean, under the form, outweighs as a general term could mean cash disbursements, some other things, in-kind services, it's a list of things. But the certification is outweighs were made in accord with the grant condition. Does the grant conditions preclude her from having received in-kind services? Yes. She has to make expenditures. In other words, only expenditures are eligible for reimbursement. Correct. Correct, Judge Scott. Under the conditions of the grant, and that's clear when you read the condition. Correct. And the testimony is that when she signed up for this grant, she sat with the Department of Agriculture employee who went line by line through what this grant is. How else do we know it? For the first couple of times, she started to submit just kind of these reports. But the grant administrator came back to her and said, this isn't good enough to evidence payment. So you need to do something better, like check stubs or invoices. What does she do? Does she say, I'm paying in-kind? No. She starts to submit invoices that are false because she's been reminded, these are the grant conditions, this is what you have to do. And instead of saying, no, that's not how I understood it, it's in-kind services that I'm declaring, no, she makes up false invoices because she knew from the beginning what the grant conditions were, which were that she paid money, she made expenditures. And that's what this is about. So if the invoices, in fact, reflect work done, because they were doing volunteer work, so work was being done, so if they reflect that work, are you necessarily saying that she still could not use the money she was seeking reimbursement for for other types of expenditures in the grant? Correct. And she admits it. I block quoted right in the brief. The understanding of her, which is correct, of the grant, is this money was to pay the salaries of the individuals. She chose not to do it, to use the money for whatever purposes she wanted to, but to get the money out of the government, she submitted false invoices to get that money. And she certified that in accordance with the grant conditions, she had made these outlays. But the only kind of outlays allowed by the grant conditions are expenditures. And what about the phrase other agreement? That's irrelevant because there's no other agreement. Right. This is about the rural business enterprise grant authored by the Department of Agriculture. And so that's why it's a lie, because she knows what the grant conditions are. I guess the jury could have concluded she didn't know what the grant conditions are, but we litigated that and the government prevailed. So she knew what the grant conditions are. They are reimbursement for expenditures. She didn't make expenditures. She made up that these were volunteer services because the testimony from the contractors was they didn't expect it to be volunteer services. But Ms. Brown, without saying that she didn't know anything, without disclosing she had these grants, just kept saying, oh, I don't have the money for this reason or that, because the employees didn't know there was even a grant. They were supposed to pay half their salary. And that word expenditures is coming from the grant condition? Yes, the grant document. Is there a definition of what an expenditure is in the grant condition? No, but I cited in my brief the dictionary definition, which is money paid, which I think is colloquially how we would use it. But you're saying it's money paid specifically for salaries. It has to be under the grant. She knew it. The testimony is she knew it. And the Department of Agriculture employee testified that that was the grant condition. If you look at the scope of work of the grant, that's what the money was for. It was not just money to be used for any purpose. It was directed money to pay half the salaries of these employees. And the way that worked was the entity paid 100 percent. You then went to the Department of Agriculture and said we've paid 100 percent. Now give us 50 percent back. That's how the grant worked. That's the expenditure. Can I just ask you if I'm making sure that I understand there's a timing, that there's not a timing issue here that I'm missing? Okay. Under the grant, is she allowed to take in-kind services first and then pay them sometime after she gets them? No. No. The answer from the Department of Agriculture was in-kind services were not authorized under this grant. So they receive? You could not receive in-kind services and seek money for that. You could not say, hey, I'm going to take volunteers who are going to work for free. I'm going to assign some value to them and then go over to the government and say give me money for that. That's not what the grant was. The grant was, and the defendant in it, she knew this. The defendant knew that the purpose of the grant was to reimburse for expenditures made per salary. And she didn't pay the salaries. I get that. I'm just trying to figure out whether there's a timing point here and whether it is possible for her to have believed that the time... I get it. You get it? So there's another form that she filled out that asked, how much was your entity supposed to have expended? $50,000, let's just say. How much do you remain owing? What did she write? Zero. I see. That can't be, under that theory, that can't be right. She would have had to say, I owe $50,000 to these people. She said zero. Why did she say zero? Because she was perpetuating this lie that she had made the payments she was supposed to have made. So to me, the flaw in this argument is the focus on outlays alone without connecting it to what was this grant. In the form, specifically tied outlays to the grant conditions. And so that is the essence of our Rule 29 argument. And as to the circular... So you're saying that we don't even need to consult the federal regs or anything else. If we just look at outlays and the grant itself, the answer is there. Yes, because what I think the conclusion would be is, under this grant, expenditures are what's required. Expenditures and disbursements, cash disbursements I would say, are synonyms. But in-kind services, contributions, that's not covered by this grant. That was not what the grant conditions was. That was not this grant. The form you're talking about here is a form used by OMB for all different kinds of grants throughout the government. Which is why the definitions are broad, but it connects to your grant. This form isn't going to work if you're not connecting it to your grant. Because different grants have different requirements. This was not a form designed uniquely to apply to this particular grant program. So as to the ineffective assistance of counsel, I don't think you should reach that here. But I do think that the OMB circular, if the in-kind services thing remains alive, which I don't think it does, there's no real, nothing's been said about what terms on this circular versus the definitions of in-kind services that came in in the trial. For the argument that the defendant wanted to make, the Department of Agriculture employee said, either services without payment or voluntary services. Can you just, just so I understand something, with respect to third party in-kind services that the grant recipient benefits from, what is OMB imagining the grant recipient is asking for from the government in response to having gotten in-kind third party services? Yeah, I imagine that there could be different programs where, I mean we're talking here, but it doesn't make any sense. Because this is a reimbursement expenditure grant. But I can imagine there are thousands of different government grants. You could imagine a scenario where the government would provide the entity with offsetting funds for work that other people will do. It could be that way. Is the idea to be paid to those people? Not necessarily. It could be I volunteer for a charity and the government is willing to give the value of some of my work to the entity. It could be. Because you're getting the work already. That's why I just don't get it. Right. But it could also be, couldn't it, Mr. Aframe, that third party in-kind services on some grants are used to meet grant requirements? Grant requires that X hundred hours be devoted to a particular thing. Right. And so you say, well, we devoted some of these through employees and some of these through in-kind voluntary services. I guess there was a too far out to judge there because what we have here is this. No, I understand that. I'm just trying to understand some of the terms here if I'm making sure that I understand what I'm reading. Right. So this is a form that can be used for reimbursements or advancements. This form, if you look at the form, there are all sorts of different boxes that can be checked because the design, what OMB is trying to do in a paperwork reduction kind of sense is not to have a thousand forms for reimbursements and advances. So they have one form with a bunch of different boxes that you check based on the circumstances you are dealing with. But in the circular, does third party in-kind services report to be a definition of outlay or not? I believe the answer. I think the answer is yes. I think that they're defining the terms of this in this document. And so that I believe the circular is definitions related to this form. Although the term in the form, I never understood you ask this question of my opponent. It's a different term. The term in the circular is not third party in-kind services. It's in-kind, I think, contributions. But I still think nothing turns on this. I think nothing turns on this because when you look at it, there's a rule 29 case. Every inference in favor of the government. And when you take all of those inferences, you're going to see someone who knew that this grant was to pay people their salaries in advance to seek reimbursement. She didn't do it. She made up documents. She lied on other forms. When the government asked her at the end, what have you done here? She wrote a letter to the government. Did she then say, oh, I was making in-kind services. She said, no, I paid the people. And then they immediately returned the money from me. Completely false statement. But why would she say that? Why would she say that? Because of course she knew that she couldn't declare in-kind services. This came up as a trial defense because the evidence that she was lying was really overwhelming. And so the defense is to pick out this term and say, ah, but I really meant that, when all the evidence suggests she did not mean that. And what the grant conditions say is she couldn't have meant that because that wasn't what the grant was. And so for that reason, and I started this with ineffective assistance, that's why I don't think this circular issue advances this in any particular direction for two reasons. One, in-kind services doesn't matter at all. And secondly, the definition of in-kind services that was provided gave her the indignation she needed to make the argument she wanted to make, which is, I never declared I paid these people, even though when I was told I needed evidence that I paid them, I submitted false invoices, and I even did it for someone who stopped working for me. Sent me a letter of resignation, and I continued to submit false invoices so I could bleed every last penny out of this grant because that's the only way I could do it, is to submit these documents to say I already had made these payments. So if the court doesn't have any other questions, I would be happy to rest on the remainder of the brief. Thank you. Excuse me. What is your argument about what exactly the grant calls for? No, Your Honor, that isn't the argument. And I think that what is happening here, number one, the prosecutor harps on knowledge. He harps on willfulness. First, according to the false statement statute, you have to prove the statement has to be clear and precise. I paid the contractors for their services. This is our argument. There is no such statement here anywhere on this SF-270 form, no matter what ground it goes where. He says the certification constitutes that false statement when you realize that the word outlays is bounded by outlays consistent with the grant conditions. So she knows what her grant conditions are, so she therefore knows outlays can't mean in-kind services, so therefore all it could mean was the expenditures, and therefore the certification saying that is false. That's his argument. What is your response? My response is, number one, these are assumptions. They're not the clear statement that the statute demands. Secondly, and maybe I just don't understand the effect of being on this case, but I like the definition of outlays on this. Excuse me, counsel, why is it an assumption? The grant form says outlays in accordance with grant conditions. The certification says I certify these are true. What's the assumption about that? Because in order to get to the statement itself, we have to have a statement. Then we can go to whether she had an election proposal today. But that is the statement. I made outlays in accordance with grant conditions. But, Your Honor, also what we're saying is that the outlays as represented by Ann Getchell and the government here is not reimbursement. There is a whole definition on paragraph 11A of it. But his answer is that since the form says it's outlays in accord with grant conditions, the grant conditions exclude that category of outlays from being what she was representing. And that's what we need you to address. That's what we need you to address. Is he correct when he says the grant itself limits payment for expenditures? Well, Your Honor, maybe I can clarify this. We are sitting here debating, during this argument, the definition of the terms. I think that that's pretty accurate. Let me ask, why did the government, in their case, if these terms are so pivotal, why are we speculating? Ask to the meeting, why did the government have someone other than Ann Getchell, who admitted that she had no knowledge whatsoever of the regulations, to define these regulations and how they apply to the SF-274? They did not. But is the grant in writing? Pardon? Is the grant in writing? The grant is in writing. So what does the grant say? What are you saying the grant says if it doesn't say what Mr. Aframe says it says? Yes, but the grant wasn't the language in the grant that was used to base the false statement. It was the language on this SF-274 where this false statement was. There is no such statement. Doesn't the form refer to the grant, incorporates the grant? Yes or no? Well, Your Honor, I think it does, in a way, incorporate the grant. So what does the grant say? But you still have to outline the false statement. Well, what does the grant say? The grant states a lot of provisions. However, I would also point out that the court below believed that Ms. Brown was subjected to mixed messages here. And I would also say in this particular case, you know, Ann Getchell got it wrong. We prompted her definitions. If we just look at the definitions. And what she did, she directed Ms. Brown to go online and ferret out for herself what the definitions meant. And she did that. And I would just mention very quickly, with respect to the cash and the accrual method, the regulations state that this application had to be based on the accrual, not the preloaded cash requirement. Thank you.